1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELORIS ROBBIE HURTADO, an individual,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>GRACIETT G. SERPA, Successor Trustee of The Amadeu D. and Rosa G. Carvalho Revocable Living Trust, dated 8/24/1987, Trust A; and Does 1-10,<br><br>　　　　　　Defendants. | Case No.: 4:22-cv-02762-HSG<br><br>*Hon. Haywood S. Gilliam, Jr.*<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed:  May 10, 2022<br>Trial Date:     Not on Calendar |

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff Deloris Robbie Hurtado's action against Defendant Graciett G. Serpa, Successor Trustee of The Amadeu D. and Rosa G. Carvalho Revocable Living Trust, dated 8/24/1987 is dismissed with prejudice. Each party will be responsible for its own fees and costs.

Dated: 10/11/2022

Hon. Haywood S. Gilliam, Jr.
United States District Judge